UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                  :
SHERRONA TAYLOR,                              :
                                                                  :
                                Plaintiff,      :
                                                                   :                  24-MC-591 (VSB)
                               -against-            :
                                                                   :                          <u>ORDER</u>
SIMON & SCHUSTER, INC., *et al.*,      :
                                                                   :
                                          Defendants.   :
                                                                   :
--------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        On December 16, 2024, Plaintiff Sherrona Taylor initiated this action with a motion to compel Defendant Paramount Global to appear for a deposition under Rule 30(b)(6) of the Federal Rules of Civil Procedure, and to pay various fees to Plaintiff in connection with the motion to compel. (Doc. 1.) The motion to compel is in the context of a separate case pending in the Western District of Tennessee, *Taylor v. Simon & Schuster, Inc.*, No. 1:24-CV-01008-STA-jay (the "Underlying Action"). (*See id.*)

        On December 20, 2024, I ordered the parties to file a joint letter by January 2, 2025 with a status update after the parties meet and confer. (Doc. 13.) On January 2, 2025, the parties submitted the joint letter, stating, among other things, that the parties conferred but were unable to resolve the disputed issues. (Doc. 15 at 1.) Paramount Global states that it does not consent to a transfer of this action to the Underlying Action. (*Id.* at 5.) Accordingly, it is hereby:

        ORDERED that Defendant Paramount Global appear for a deposition under Rule 30(b)(6) of no more than 1.5 hours.

        ORDERED that, prior to the Rule 30(b)(6) deposition, Plaintiff issue a subpoena duces tecum. After the deposition takes place, the subpoena duces tecum may be amended in light of

the deposition testimony.

ORDERED that the parties meet and confer with regard to the scope of the Rule 30(b)(6) deposition, as well as the timing of the deposition and subpoena duces tecum.

ORDERED that Plaintiff's request for fees is DENIED.

Any future disputes will be referred to a magistrate judge.  A referral order will issue separately.

SO ORDERED.

Dated:  January 3, 2025
        New York, New York

VERNON S. BRODERICK
United States District Judge